**Order filed September 20, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00545-CV
_____

### REYNA ISABEL TABORDA AND PHILLIP L. HURLEY, Appellants

### V.

### SRINIVASACHARY V. TAMIRISA AND BARRY POWELL, Appellees

---

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 15-DCV-221564**

---

## O R D E R

This is an appeal from a judgment signed June 7, 2016. The notice of appeal was due July 7, 2016. *See* Tex. R. App. P. 26.1. Appellants, however, filed their notice of appeal on July 11, 2016, a date within 15 days of the due date for the notice of appeal.

A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellants did not file a motion to extend time to file the

notice of appeal. While an extension may be implied, appellants are still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellants to file a proper motion to extend time to file the notice of appeal on or before **September 30, 2016**. *See* Tex. R. App. P. 26.3; 10.5(b). If appellants do not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM